UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| LAUREN BOYER, on behalf of herself and all others similarly situated, ) ) ) | |
| *Plaintiff*, ) ) ) | CASE NO. 5:24-cv-00101-GFVT |
| v. ) ) | |
| BLUEGRASS HOSPITALITY GROUP, LLC, ) ) ) ) | |
| *Defendant*. ) ) | |

## JOINT STATUS REPORT AND SECOND JOINT MOTION TO EXTEND DEADLINE

Pursuant to this Court's September 17, 2024, Order [ECF No. 41] granting the Parties' Joint Notice requesting leave to participate in private mediation [ECF No. 39], and the Joint Status Report and Joint Motion to Extend Deadline [ECF No. 42], the Parties hereby report that they are still in the process of reaching a finalized agreement that would resolve this litigation.

To provide them with adequate time to reach a resolution, the Parties respectfully request that this Court extend by an additional 14 days through November 1, 2024, the deadline to file a Joint Status Report informing the Court of the final outcome of mediation.

A proposed order providing this relief has been submitted herewith.

1

Dated: October 18, 2024                    Respectfully Submitted,

| /s/ JORDAN RICHARDS | /s/ PIERRE-JOSEPH NOEBES |
|---|---|
| Jordan Richards, Esq. | LaToi D. Mayo, Esq. |
| Pro Hac Vice | LITTLER MENDELSON, P.C. |
| Florida Bar No. 108372 | 333 West Vine Street, Suite 1720 |
| USA Employment Lawyers – | Lexington, Kentucky 40507 |
| Jordan Richards PLLC | Tel: (859) 317-7970 |
| 1800 SE 10th Ave. Suite 205 | Fax: (859) 422-6747 |
| Fort Lauderdale, Florida 33316 | E-mail: lmayo@littler.com |
| Tel: (954) 871-0050 | Counsel for Defendant |
| E-mail: jordan@jordanrichardspllc.com | |
| Co-Counsel for Plaintiffs | |
| | |
| C. Ryan Morgan, Esq. | David B. Jordan, Esq. |
| Pro Hac Vice | Pro Hac Vice |
| Florida Bar No. 0015527 | LITTLER MENDELSON, P.C. |
| MORGAN & MORGAN, P.A. | 1301 McKinney Street, Suite 1900 |
| 20 N. Orange Ave. 15th Floor | Houston, Texas |
| P.O. Box 4979 | Tel: (713) 951-9400 |
| Orlando, Florida 32802-4979 | Fax: (713) 951-9212 |
| Tel: (407) 420-1414 | E-mail: djordan@littler.com |
| Fax: (407) 245-3401 | Counsel for Defendant |
| E-mail: rmorgan@forthepeople.com | |
| Co-Counsel for Plaintiffs | |
| | |
| Lauren E. Marley, Esq. | Pierre-Joseph Noebes, Esq. |
| KY Bar No. 94427 | Pro Hac Vice |
| MORGAN & MORGAN, P.A. | LITTLER MENDELSON, P.C. |
| 360 East 8th Ave., Suite 411 | 3424 Peachtree Road N.E., Suite 1200 |
| Bowling Green, KY 42101 | Atlanta, Georgia 30326-1127 |
| Tel: (270) 495-6801 | Tel: (404) 233-0330 |
| E-mail: lmarley@forthepeople.com | Fax: (404) 233-2361 |
| Local Counsel for Plaintiffs | E-mail: pnoebes@littler.com |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on October 18, 2024.

By: /s/ JORDAN RICHARDS
JORDAN RICHARDS, ESQUIRE
Pro Hac Vice
Florida Bar No. 108372

**SERVICE LIST:**

| | |
|---|---|
| Jordan Richards, Esq.<br>Pro Hac Vice<br>Florida Bar No. 108372<br>USA Employment Lawyers –<br>Jordan Richards PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Tel: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com<br>*Co-Counsel for Plaintiffs* | LaToi D. Mayo, Esq.<br>LITTLER MENDELSON, P.C.<br>333 West Vine Street, Suite 1720<br>Lexington, Kentucky 40507<br>Tel: (859) 317-7970<br>Fax: (859) 422-6747<br>E-mail: lmayo@littler.com<br>Counsel for Defendant |
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>*Co-Counsel for Plaintiffs* | David B. Jordan, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>Counsel for Defendant |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>*Local Counsel for Plaintiffs* | Pierre-Joseph Noebes, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>Counsel for Defendant |