# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| LAUREN BOYER, on behalf of herself and all others similarly situated, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BLUEGRASS HOSPITALITY GROUP, LLC, )<br>)<br>*Defendant*. )<br>) | CASE NO. 5:24-cv-00101-GFVT |

**JOINT STATUS REPORT AND THIRD JOINT MOTION TO EXTEND DEADLINE**

Pursuant to this Court's September 17, 2024, Order [ECF No. 41] granting the Parties' Joint Notice requesting leave to participate in private mediation [ECF No. 39], and the Joint Status Report and Joint Motion to Extend Deadline [ECF No. 42], the Parties hereby report that they are still in the process of reaching a finalized agreement that would resolve this litigation. The Parties have been exchanging subsequent data and information requested of each other and believe they are close to resolving many of the outstanding issues.

To provide them with adequate time to reach a resolution, the Parties respectfully request that this Court extend by an additional 14 days through November 18, 2024, the deadline to file a Joint Status Report informing the Court of the final outcome of mediation.

A proposed order providing this relief has been submitted herewith.

1

| | |
|---|---|
| Dated: November 4, 2024 | Respectfully Submitted, |
| **/s/ JORDAN RICHARDS** | **/s/ PIERRE-JOSEPH NOEBES** |
| Jordan Richards, Esq.<br>Pro Hac Vice<br>Florida Bar No. 108372<br>USA Employment Lawyers –<br>Jordan Richards PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Tel: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com<br>Co-Counsel for Plaintiffs | LaToi D. Mayo, Esq.<br>LITTLER MENDELSON, P.C.<br>333 West Vine Street, Suite 1720<br>Lexington, Kentucky 40507<br>Tel: (859) 317-7970<br>Fax: (859) 422-6747<br>E-mail: lmayo@littler.com<br>Counsel for Defendant |
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>Co-Counsel for Plaintiffs | David B. Jordan, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>Counsel for Defendant |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>Local Counsel for Plaintiffs | Pierre-Joseph Noebes, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>Counsel for Defendant |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on November 4, 2024.

By: _/s/ JORDAN RICHARDS_
JORDAN RICHARDS, ESQUIRE
Pro Hac Vice
Florida Bar No. 108372

**SERVICE LIST:**

| | |
|---|---|
| Jordan Richards, Esq.<br>Pro Hac Vice<br>Florida Bar No. 108372<br>USA Employment Lawyers –<br>Jordan Richards PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Tel: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com<br>*Co-Counsel for Plaintiffs* | LaToi D. Mayo, Esq.<br>LITTLER MENDELSON, P.C.<br>333 West Vine Street, Suite 1720<br>Lexington, Kentucky 40507<br>Tel: (859) 317-7970<br>Fax: (859) 422-6747<br>E-mail: lmayo@littler.com<br>Counsel for Defendant |
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>*Co-Counsel for Plaintiffs* | David B. Jordan, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>Counsel for Defendant |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>*Local Counsel for Plaintiffs* | Pierre-Joseph Noebes, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>Counsel for Defendant |