# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| LAUREN BOYER, on behalf of herself and all other similarly situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>BLUEGRASS HOSPITALITY GROUP, LLC,<br><br>*Defendant*. | Civil Action No. 5:24-cv-00101-GFVT |

**JOINT STATUS REPORT AND FOURTH JOINT MOTION TO EXTEND DEADLINE**

Pursuant to the Court's September 17, 2024, Order [ECF No. 41] granting the Parties Joint Notice requesting leave to participate in private mediation [ECF No. 39], and the Joint Status Report and Joint Motion to Extend Deadline [ECF No. 42], the Parties hereby report that they are working on formalizing a potential settlement.

To allow the Parties to continue focusing their efforts on formalizing a written settlement agreement, the Parties respectfully request that this Court extend the deadline to file a Joint Status Report informing the Court of the final outcome of mediation through and including December 4, 2024.

A proposed order providing this relief has been submitted herewith.

| | |
|---|---|
| **Dated: November 18, 2024.** | **Respectfully Submitted,** |
| **/s/ JORDAN RICHARDS**<br>Jordan Richards, Esq.<br>Pro Hac Vice<br>Florida Bar No. 108372<br>USA Employment Lawyers –<br>Jordan Richards PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Tel: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com | **/s/ PIERRE-JOSEPH NOEBES**<br>LaToi Mayo<br>LITTLER MENDELSON, P.C.<br>333 West Vine Street, Suite 1720<br>Lexington, Kentucky 40507<br>Tel: (859) 317-7970<br>Fax: (859) 422-6747<br>E-mail: lmayo@littler.com<br>*Counsel for Defendant* |

*Co-Counsel for Plaintiffs*

| | |
|---|---|
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>*Co-Counsel for Plaintiffs* | David B. Jordan<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas 77010-3031<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>*Counsel for Defendant* |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>*Local Counsel for Plaintiffs* | Pierre-Joseph Noebes<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E. Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on November 18, 2024.

By: */s/* JORDAN RICHARDS
JORDAN RICHARDS, ESQUIRE
Pro Hac Vice
Florida Bar No. 108372

## SERVICE LIST:

**LaToi D. Mayo, Esq.**
LITTLER MENDERLSON, P.C.
333 West Vine Street, Suite 1720
Lexington, Kentucky 40507
Tel: (859) 317-7970
Fax: (859) 422-6747
E-mail: lmayo@littler.com
Counsel for Defendant

**David B. Jordan, Esq.**
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: (713) 951-9400
Fax: (713) 951-9212
E-mail: djordan@littler.com
Counsel for Defendant

**Pierre-Joseph Noebes**
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E. Suite 1200
Atlanta, Georgia 30326
Tel: (404) 233-0330
Fax: (404) 233-2361
E-mail: pnoebes@littler.com
Counsel for Defendant