# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| LAUREN BOYER, on behalf of herself and all others similarly situated, ) ) ) | |
| *Plaintiff*, ) ) ) | CASE NO. 5:24-cv-00101-GFVT |
| v. ) ) | |
| BLUEGRASS HOSPITALITY GROUP, LLC, ) ) ) ) | |
| *Defendant*. ) ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties have agreed that the claims asserted in this action should proceed in the U.S. District Court for the Middle District of Tennessee. Pursuant to their agreement, the Parties hereby jointly stipulate to the dismissal of the above-captioned actions and all of Plaintiffs' claims without prejudice, with each party bearing its own attorneys' fees and costs. This Stipulation is filed in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 4, 2024                                    Respectfully Submitted,

**/s/ JORDAN RICHARDS**                                    **/s/ PIERRE-JOSEPH NOEBES**
Jordan Richards, Esq.                                      LaToi D. Mayo, Esq.
Pro Hac Vice                                               LITTLER MENDELSON, P.C.
Florida Bar No. 108372                                     333 West Vine Street, Suite 1720
USA Employment Lawyers –                                   Lexington, Kentucky 40507
Jordan Richards PLLC                                       Tel: (859) 317-7970
1800 SE 10th Ave. Suite 205                                Fax: (859) 422-6747
Fort Lauderdale, Florida 33316                             E-mail: lmayo@littler.com
Tel: (954) 871-0050                                        Counsel for Defendant
E-mail: jordan@jordanrichardspllc.com
Co-Counsel for Plaintiffs

1

| | |
|---|---|
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>Co-Counsel for Plaintiffs | David B. Jordan, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>Counsel for Defendant |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>Local Counsel for Plaintiffs | Pierre-Joseph Noebes, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>Counsel for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on December 4, 2024.

By: /s/ JORDAN RICHARDS
JORDAN RICHARDS, ESQUIRE
Pro Hac Vice
Florida Bar No. 108372

## SERVICE LIST:

| | |
|---|---|
| Jordan Richards, Esq.<br>Pro Hac Vice<br>Florida Bar No. 108372<br>USA Employment Lawyers –<br>Jordan Richards PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Tel: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com<br>*Co-Counsel for Plaintiffs* | LaToi D. Mayo, Esq.<br>LITTLER MENDELSON, P.C.<br>333 West Vine Street, Suite 1720<br>Lexington, Kentucky 40507<br>Tel: (859) 317-7970<br>Fax: (859) 422-6747<br>E-mail: lmayo@littler.com<br>Counsel for Defendant |

| | |
|---|---|
| C. Ryan Morgan, Esq.<br>Pro Hac Vice<br>Florida Bar No. 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave. 15th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802-4979<br>Tel: (407) 420-1414<br>Fax: (407) 245-3401<br>E-mail: rmorgan@forthepeople.com<br>*Co-Counsel for Plaintiffs* | David B. Jordan, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas<br>Tel: (713) 951-9400<br>Fax: (713) 951-9212<br>E-mail: djordan@littler.com<br>Counsel for Defendant |
| Lauren E. Marley, Esq.<br>KY Bar No. 94427<br>MORGAN & MORGAN, P.A.<br>360 East 8th Ave., Suite 411<br>Bowling Green, KY 42101<br>Tel: (270) 495-6801<br>E-mail: lmarley@forthepeople.com<br>*Local Counsel for Plaintiffs* | Pierre-Joseph Noebes, Esq.<br>Pro Hac Vice<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326-1127<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>E-mail: pnoebes@littler.com<br>Counsel for Defendant |