UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

LAUREN BOYER, *on behalf of herself and all others similarly situated*,

    Plaintiffs,

v.

BLUEGRASS HOSPITALITY GROUP, LLC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 5:24-cv-00101-GFVT

**ORDER**

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' proposed Joint Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [R. 48.] The Parties have agreed that the claims in this action should proceed in the U.S. District Court for the Middle District of Tennessee and jointly stipulate to dismissal without prejudice *Id*. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Stipulation of Dismissal **[R. 48]** is **GRANTED**;

2. All claims by the Plaintiff Lauren Boyer against the Bluegrass Hospitality Group, LLC shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**, with each party to pay its own costs and fees; and

3. All claims against all parties having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 12th day of December 2024.

Gregory F. Van Tatenhove
United States District Judge